ticipates that such a board will deprive him of procedural and substantive rights.

Judgment affirmed.

Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur.

Announced Wednesday, February 24.

38619. The State ex rel. Edwin Miller v. John Price et al. In Mandamus. Demurrer to petition overruled. Demurrer to first defense sustained. Demurrer to second defense overruled and relator given leave to reply.

38693. The State, ex rel. Fred De Weaver, III, appellant v. Charles Faust et al., Bd. of Examiners of Plumbers of City of Dayton, appellees. Montgomery County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38696. The State of Ohio, appellee v. William A. Green, appellant. Cuyahoga County. Appeal from the Court of Appeals. Judgment reversed and cause remanded. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38709. The State of Ohio, appellant v. James Mike Gilkerson, appellee. Montgomery County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur.

39243. Sarah M. Cunningham, appellant v. Myron Stanton Pond, appellee. Hocking County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Smith, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39260. The State, ex rel. Derrick Petroleum Club v. Paul A. Richeson, Judge. In Prohibition. Dismissed on application of Relator.

39243. Sarah M. Cunningham, appellant v. Myron Stanton Pond, appellee. Hocking County. To dismiss appeal as of right. Sustained. To certify record. Overruled.